OCEAN TOWNSHIP BOARD OF EDUCATION v. OCEAN TOWNSHIP EDUCATION ASSOCIATION.

September 30, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAFAEL VICTOR DONES.

September 30, 1986.

Petition for certification denied.

IN THE MATTER OF RECONSIDERATION OF OPINION NO. 571 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

September 30, 1986.

Petition for review of the application for reconsideration by the Advisory Committee on Professional Ethics of Opinion Number 571, entitled *Conflict of Interest—Bond Counsel for Municipality Representing Clients Before Governing Body or Municipal Boards,* is denied.

CHARLES JENKINS v. WILLIAM H. FAUVER.

October 6, 1986.

Petition for certification granted.